

Anthony J. Marciano
943 South Avenue
New Canaan, CT 06840
March 17, 2008

The Honorable Judge Shira A. Scheindlin Justice,
United States District Court
500 Pearl Street
New York, NY 10007

Dear Judge Scheindlin:

I received notice of the pre-trial conference scheduled for March 21, 2008 at 4:00 p.m. in Courtroom 15C late last week. However, I was out of town did not open and read it until this weekend.

As much as I want to expedite this matter, I must request a rescheduling of the conference for a later date. Friday, March 21, 2008 is a religious holiday for me and my family and I have obligations that will prevent me from attending.

I apologize for the short notice, but it was not intentional or avoidable.

I thank you in advance for your consideration.

Sincerely,

Anthony J. Marciano

Cc: Kenneth W. DiGia, Esq.
Epstein, Becker and Green, P.C.
250 Park Avenue
New York, NY 10177

*[Handwritten annotation: Request granted. Conference rescheduled to March 31 at 3 p.m. So Ordered. [signature] USDJ 3/19/08]*