UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X
--------------------------------------------------
                                                  :
Marcrow                                           :
                                                  :
         v.                                       :         ORDER OF REFERENCE
                                                  :         TO A MAGISTRATE JUDGE
Morgan Stanley                                    :
                                                  :         07 Civ. 6655 (SAS)(   )
                                                  :
                                                  X
--------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
    _____
    _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         March 31, 2008

                                              _____
                                              United States District Judge

A jury would be best. Thanks