AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

ANTHONY MARCIANO

V.

MORGAN STANLEY DISCOVER FINANCIAL SERVICES

**APPEARANCE**

Case Number: 07 CV 6655 (SAS) (RLE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PLAINTIFF ANTHONY MARCIANO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/28/2008 | *[signature]* |
| Date | Signature |
| | Stephan E. Seeger — SS 8460 |
| | Print Name — Bar Number |
| | 27 Fifth Street |
| | Address |
| | Stamford — CT — 06905 |
| | City — State — Zip Code |
| | (203) 273-5170 — (203) 569-0383 |
| | Phone Number — Fax Number |