UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
ANTHONY J. MARCIANO, III,

                Plaintiff,

    - against -

MORGAN STANLEY
DISCOVER FINANCIAL SERVICES,

                Defendant.
------------------------------------------------ x

**REVISED SCHEDULING ORDER**

07 Civ. 6655 (SAS) (RLE)

    **WHEREAS**, the Court held a Conference with the Parties in accordance with Fed. R. Civ. P. 16(b) on March 31, 2008;

    **WHEREAS**, the Court entered a Scheduling Order on March 31, 2008 (the "Scheduling Order");

    **WHEREAS**, Defendant submitted a June 19, 2008 written request to revise the Scheduling Order;

    **NOW, THEREFORE**, for good cause shown, the section (3)(a)(ii) of the Scheduling Order is revised as follows:

    **(3)**    **Schedule**:

            **(a)**    **Persons to be deposed and schedule of planned depositions:**

            (ii)    Defendant will depose Plaintiff first and will do so by August 1, 2008.

    IT IS FURTHER ORDERD THAT all other terms of the Scheduling Order shall remin in effect.

SO ORDERED:

_____
Honorable Shira A. Scheindlin
United States District Judge
June ___, 2008

NY:2687640v1